# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JEFFREY MARCIANO,**

    **Plaintiff,**

**v.**                                               **Case No:   6:15-cv-1907-Orl-41KRS**

**FAIRWINDS FINANCIAL SERVICES,**
**LLC and FAIRWINDS CREDIT UNION,**

    **Defendants.**

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT:**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **PLAINTIFF'S MOTION TO DROP A PARTY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 21 (Doc. No. 28)**
>
> **FILED:**      **May 2, 2016**

On January 14, 2016, Plaintiff Jeffrey Marciano filed an amended complaint against Defendants Fairwinds Financial Services, LLC and Fairwinds Credit Union, asserting claims for violations of the Telephone Consumer Protection Act.  Doc. No. 17.  On May 2, 2016, Plaintiff filed the instant motion, requesting that the Court drop Fairwinds Financial Services, LLC as a party to this case and dismiss the claims against that entity without prejudice, pursuant to Federal Rule of Civil Procedure 21.  Doc. No. 28.  Defendants have not responded to the motion, and the time for them to do so has passed.  Accordingly, the matter is now ripe for review.

Under Rule 21, "[o]n motion or on its own, the court may at any time, on just terms, add or drop a party." Plaintiff represents that, after deposing the vice president of legal compliance for Fairwinds Credit Union, he determined that Fairwinds Financial Services, LLC should no longer be a party to this action. Doc. No. 28, at 2–4. In light of that fact, and bearing in mind that Defendants did not object to the requested relief, I respectfully **RECOMMEND** that the Court **GRANT** Plaintiff's Motion to Drop a Party Pursuant to Federal Rule of Civil Procedure 21 (Doc. No. 28) and **DISMISS without prejudice** Plaintiff's claims against Fairwinds Financial Services, LLC.

### NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.

Recommended in Orlando, Florida on May 20, 2016.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE