UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JEFFREY MARCIANO,**

      **Plaintiff,**

**v.**                                        **Case No: 6:15-cv-1907-Orl-41KRS**

**FAIRWINDS FINANCIAL SERVICES,
LLC and FAIRWINDS CREDIT UNION,**

      **Defendants.**
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Motion to Drop a Party (Doc. 28). United States Magistrate Judge Karla R. Spaulding submitted a Report and Recommendation (the "R&R," Doc. 32), which recommends that the motion be granted and that Plaintiff's claims as to Defendant Fairwinds Financial Services, LLC ("Fairwinds Financial") be dismissed without prejudice.

After an independent *de novo* review of the record and noting that no objections were timely filed, the Court agrees with the findings of fact and conclusions of law in the R&R. Additionally, because Fairwinds Financial is no longer a party, Defendants' previously filed Motion to Dismiss (Doc. 22), which takes issue with Plaintiff's failure to distinguish between the two Defendants, is moot and will be denied as such.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 32) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Drop a Party (Doc. 28) is **GRANTED**.

3. Defendant Fairwinds Financial Services, LLC is **DISMISSED without prejudice**, and the Clerk is directed to terminate Fairwinds Financial Services, LLC as a Defendant.

4. The Motion to Dismiss (Doc. 22) is **DENIED as moot**.

**DONE** and **ORDERED** in Orlando, Florida on June 16, 2016.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record