## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| JEFFREY MARCIANO, an individual, ) | |
| ) | |
| Plaintiff, ) | **CASE NO. 6:15-cv-01907-CEM-KRS** |
| ) | |
| v. ) | |
| ) | |
| FAIRWINDS CREDIT UNION, a Florida ) | |
| Financial institution, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SETTLEMENT

Plaintiff Jeffrey Marciano, through the undersigned, hereby notifies this Court that a settlement has been reached between the parties, pending final execution of the settlement documents and releases.

Dated: December 8, 2016

                                                Respectfully submitted,

                                                *s/ Patrick Crotty*
                                                Patrick C. Crotty, Esq.
                                                SCOTT D. OWENS, P.A.
                                                3800 S. Ocean Dr., Ste. 235
                                                Hollywood, FL 33019
                                                Tel: (954) 589-0588
                                                Fax: (954) 337-0666
                                                Florida Bar No. 0108541
                                                patrick@scottdowens.com
                                                *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 8 December 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day via U.S. Mail and/or some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Patrick Crotty*
Patrick C. Crotty, Esq.